DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. WOXMAN

No. 554P87.

Case below: 87 N.C. App. 295.

Petition by defendant for writ of supersedeas denied and temporary stay previously entered is dissolved 2 December 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## STATE ex rel. ROHRER v. CREDLE

No. 480PA87.

Case below: 86 N.C. App. 633.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1987.

PETITION TO REHEAR

## IN RE WILL OF HESTER

No. 184A87.

Case below: 319 N.C. 673.

Petition by propounder-appellees denied 2 December 1987.